UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SCOTT BLEVINS,

    Plaintiff,

v.

JOSEPH NAEYAERT, et al.,

    Defendants.
_____/

Case No. 2:17-cv-185

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Remaining Defendants Unknown Brennan, Unknown Cobb, Unknown Kurth, K. Mattson, Joseph Naeyaert, and Unknown Salo filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on December 28, 2018, recommending that this Court grant the motion in part and dismiss Plaintiff's claims against Defendants Mattson, Kurth, and Salo without prejudice. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 17) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 15) is GRANTED IN PART.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants Mattson, Kurth, and Salo are DISMISSED WITHOUT PREJUDICE.


Dated: January 28, 2019                                          /s/ Paul L. Maloney
                                                                                         Paul L. Maloney
                                                                                         United States District Judge